IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALIA SAAED,

    Plaintiff,

v.

SAVANNAH SOLOMON, and
FRANK PENNINGTON,

    Defendants.

CIVIL ACTION NO.: 4:25-cv-83

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 16, 2025, Report and Recommendation, (doc. 7), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 7.) Plaintiff's claims against Defendant Pennington are **DISMISSED**. (Doc. 1, in part.) Her claims against Defendant Solomon remain pending. (See doc. 8.)

**SO ORDERED**, this 2nd day of May, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA