UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALIA SAAED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV425-083 |
| | ) |
| SAVANNAH SOLOMON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant moves, with Plaintiff's consent, to stay discovery pending resolution of her pending Motion to Dismiss. Doc. 25. The Court has broad discretion to stay discovery as part of its inherent authority to control its docket. *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985) ("[A] magistrate [judge] has broad discretion to stay discovery pending decision on a dispositive motion."). Having reviewed the motion, the Court **GRANTS** Defendant's Consent Motion to Stay Pending Resolution of the Motion to Dismiss the Amended Complaint, doc. 25. If any claims remain pending, and unless otherwise instructed by the District Judge, the parties are **DIRECTED** to confer and submit a Rule

26(f) Report within fourteen days of the disposition of Defendant's Motion.

**SO ORDERED**, this 11th day of August, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA