**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| ALIA SAAED, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-83 |
| v. | |
| SAVANNAH SOLOMON, | |
| Defendant. | |

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 19, 2026, Report and Recommendation, (doc. 27), to which plaintiff has not filed an objection.   Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 27.)   Plaintiff's Amended Complaint is **DISMISSED**.   (Doc. 19.)   The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 13th day of March, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA